# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| ANDREW MITCHELL, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 2:19-cv-84 |
| v. | * | |
| WARDEN, FCI JESUP, | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 3. Petitioner Andrew Mitchell ("Mitchell") did not file Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **DISMISSES without prejudice** Mitchell's 28 U.S.C. § 2241 Petition for failure to follow this Court's directive, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Mitchell *in forma pauperis* status on appeal.

SO ORDERED, this 18 day of November, 2019.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)